**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

TAMINA CHRISTINE SHOCK,  )
                                      )    Case No. 2:14-cv-01261-RFB-CWH
           Plaintiff,                )
                                      )    **ORDER**
vs.                                            )
                                      )
LAS VEGAS METROPOLITAN    )
POLICE DEPARTMENT, et al.,      )
                                      )
           Defendants.        )
_____ )

       This matter is before the Court on Plaintiff's Motion to Correct Oversized Objection (#31) and Motion to Strike (#32), both filed February 19, 2015.

       Plaintiff's Motion to Correct Oversized Objection (#31) appears to be an attempt to remedy Plaintiff's oversized response (#24) to Defendants' motion to compel. The Court has already determined that it will consider Plaintiff's response (#24) as filed. Thus, Plaintiff's motion (#31) is moot. Further, the Court has already denied a motion to strike Defendants' motion to compel from Plaintiff. *See* Order (#30). This renewed request is also denied.

       Based on the foregoing and good cause appearing,

       **IT IS HEREBY ORDERED** that Plaintiff's Motion to Correct Oversized Objection (#31) is **denied as moot**.

       **IT IS FURTHER ORDERED** that Plaintiff's Motion to Strike (#32) is **denied**.

       DATED: February 20, 2015.

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**